

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2021

No. 04-21-00291-CV

**IN RE** Kayla **WALSER**, Relator

Original Proceeding[1]

### ORDER

On July 20, 2021, relator filed a petition for writ of mandamus, and the real party in interest filed a response. We conditionally grant the petition for writ of mandamus and order the Honorable Melvin Rex Emerson to, within fifteen days of this order, vacate that portion of its temporary order stating, "residence is going to have to be in Bandera, Bexar or a contingent county, okay, in the state of Texas." *See* TEX. R. APP. P. 52.8(c). The writ will issue only in the event we are informed Judge Emerson has failed to comply with this order. This court's July 23, 2021, stay of the temporary orders is LIFTED.

It is so **ORDERED** on September 22, 2021.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. CVOM-21-0000015, styled *In the Interest of L.C.F. and M.P.F., Children*, pending in the 198th Judicial District Court, Bandera County, Texas, the Honorable M. Rex Emerson presiding.